# United States District Court
## Eastern District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>N-NAMDI WILLIAMS | **AMENDED JUDGMENT AND ORDER GRANTING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO THE FIRST STEP ACT OF 2018**<br><br>**Case Number: 07-CR-106-JPS**<br>Marshal Number: 08850-089 |

Anderson Gansner     Lisa Wesley
Defendant's Attorney     Assistant United States Attorney

**DATE OF ORIGINAL JUDGMENT:** January 22, 2008
**DATE OF AMENDED JUDGMENT:** August 22, 2019

On March 22, 2019 Defendant filed a motion to reduce sentence in light of the Fair Step Act of 2018. (Docket #37). The Court addressed the motion in a hearing on August 22, 2019 and determined that the motion should be granted. The Court found that Defendant's term of imprisonment should be reduced to a sentence of **time served**. Defendant shall also serve **eight (8) years** on supervised release, subject to the conditions discussed at the hearing and set forth herein. At the hearing, the government waived the requirement that Defendant re-pay the buy money; therefore, that condition has been removed from his conditions of supervised release. All other terms of the Court's prior judgment shall remain in effect. Accordingly,

**IT IS ORDERED** that Defendant's motion to reduce sentence in light of the First Step Act of 2018 (Docket #37) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant's term of imprisonment shall be reduced from 240 months to one of **time served**, as described above.

Except as otherwise provided herein, all provisions of the previous judgment shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2019.

_____
J. P. Stadtmueller
U.S. District Judge

Defendant: N-Namdi Williams
Case Number: 07-CR-106
District: Eastern District of Wisconsin

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Eight (8) years as to Count One of the Indictment. The defendant shall comply with the following special conditions:

1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to his supervising probation officer in the district to which the defendant has been released.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not possess any firearms or other dangerous weapons.

4. Pursuant to the Violent Crime Control and Law Enforcement Act of 1996, the defendant shall not illegally possess or unlawfully use any controlled substance. The defendant shall submit to one drug test within 15 days of release and two periodic tests within one year from the commencement of supervision.

5. The defendant must reside at a residence approved by his supervising probation officer.

6. The defendant shall use his best efforts to secure lawful full-time employment and support his dependents.

7. The defendant shall notify his supervising probation officer at least ten days prior to any change in the place of his residence or employment. When such notification is not possible, the defendant shall notify his supervising probation officer within 72 hours of the change.

8. The defendant shall notify his supervising probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

9. The defendant shall follow the reasonable instructions of his supervising probation officer and answer all inquiries of such officer subject to the defendant's Fifth Amendment right against self-incrimination.

10. The defendant shall permit his supervising probation officer to visit him at reasonable times at home, or such other location as may be mutually agreed upon, and shall permit confiscation of any contraband observed in plain view by his supervising probation officer.

11. The defendant shall not associate with any persons known by him to be engaged or planning to be engaged in criminal activity. "Associate" as used here means to communicate, meet, reside, socialize, or otherwise interact with such person.

12. The defendant shall not knowingly leave the judicial district to which he has been released without the permission of the Court or his supervising probation officer.

13. The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior approval of the Court.

Defendant: N-Namdi Williams
Case Number: 07-CR-106
District: Eastern District of Wisconsin

14. The defendant is to provide access to all financial information requested by his supervising probation officer including, but not limited to, copies of all federal and state income tax returns. All tax returns shall be filed in a timely manner. The defendant shall also submit monthly financial reports to his supervising probation officer.

15. The defendant is to cooperate with Child Support Services in payment of any child support or arrearages and to make regular payments under the guidance and supervision of his supervising probation officer.

In accordance with the recent decisions by the United States Court of Appeals for the Seventh Circuit in *United States v. Siegel*, 753 F.3d 705 (7th Cir. 2014), *United States v. Thompson*, 777 F.3d 368 (7th Cir. 2015), *United States v. Kappes*, 782 F.3d 828 (7th Cir. 2015), *United States v. Downs*, 784 F.3d 1180 (7th Cir. 2015), *United States v. Poulin*, 809 F.3d 924 (7th Cir. 2016), *United States v. Ortiz*, 817 F.3d 1180 (7th Cir. 2016), *United States v. Hill*, 818 F.3d 342 (7th Cir. 2016), and their progeny, the Court withheld imposition of any additional conditions of supervised release. The Court concluded that such additional conditions, if any, are best left for further consideration at such time as they become necessary.